ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO DIAZ,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.  CV 08-1975 RNB<br><br>**J U D G M E N T** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

DATED: January 5, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE